# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 10/8/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                      **SCHEDULING ORDER**

     -against-                              7:20-cr-519-UA

Darren Smith

                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment.for 10/13/2020 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: October 8, 2020
         White Plains, New York

                                               SO ORDERED:

                                               s/      PED
                                               _____

                                               PAUL E. DAVISON
                                               United States Magistrate Judge