UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-                                    7:20-CR-00519-UA

Darren Smith

                Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

Defendant Darren Smith hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_/s/ Sybil S. Cawley_                                    _/s/_
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Darren Smith                                        Jeffrey A. Chartier
Print Defendant's Name                           Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/13/20
Date                                           U.S. District Judge/U.S. Magistrate Judge