# JEFFREY P. CHARTIER, ESQ.

2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 • Fax (718) 518-0674

> Application granted. A scheduling order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 24.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 8, 2021

VIA ECF

Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  **USA v. Darren Smith**
7:20-cr-00519-PMH

Dear Judge Halpern:

I represent Darren Smith in the aforementioned case. I am respectfully requesting that the Court re-calendar the matter for plea purposes.

AUSA Shiva Logarajah, has no objection to this request as Mr. Smith will not contest that he fired the firearm during the incident in question even though the Government is allowing him to plead to brandish, and he will be willing to plead to Count Two as written.

Accordingly, we are respectfully requesting the earliest possible plea date to enter a plea in this matter.

Respectfully submitted,

JEFFREY P. CHARTIER

JPC/cs

cc: AUSA Shiva Logarajah, via ECF