

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 14, 2022

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Darren Smith*, 20-cr-519 (PMH)

Dear Judge Halpern:

    Attached is a proposed Speedy Trial Order excluding time until April 25, 2022. The Court previously excluded time until April 18, 2022 at the December 1, 2021 status conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

---

Application granted. An Order excluding time shall be docketed separately.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          March 15, 2022