> The Proposed Speedy Trial Order will be docketed separately. Trial in this matter is tentatively scheduled to commence with jury selection on Tuesday September 6, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 52.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       April 26, 2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 25, 2022

**Re:**  *United States v. Darren Smith*, 20 Cr. 519 (PMH)

Dear Judge Halpern:

Attached please find a proposed Speedy Trial Order excluding time under the Speedy Trial Act. As noted in the proposed Order, the parties believe that such time is excludable under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (iv).

In addition, the parties have conferred about trial dates in the third quarter of this year. The parties are available for a trial anytime in the month of September should the Court have availability that month for a trial. The parties are available for any questions should the Court have any.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Shiva H. Logarajah/Kevin T. Sullivan
    Assistant United States Attorneys
    (914) 993-1918 / 1924