UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DARREN SMITH,

            Defendant.

**ORDER**

20-CR-00519 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Both branches of the Government's motion *in limine* are GRANTED as unopposed. (*See* Doc. 47; Doc. 51). Defendant is, accordingly, precluded from: (1) asking questions or presenting argument regarding the legality or propriety of law enforcement's attempt to conduct a traffic stop on September 25, 2020; and (2) cross-examining law enforcement witnesses regarding unrelated instances or allegations of professional misconduct.

    The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 47 and Doc. 51.

                                                                    **SO ORDERED:**

Dated:   White Plains, New York
           April 28, 2022

                                                   PHILIP M. HALPERN
                                                   United States District Judge