

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 13, 2022

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Darren Smith*, 20 Cr. 519 (PMH)

Dear Judge Halpern:

    The Government does not intend to retry the defendant on Count 1 in this matter. The parties would respectfully request a date for sentencing.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah/Kevin T. Sullivan/
[. Cohen]
[n]t United States Attorneys
[9]3-1900

---

Sentencing in this matter shall proceed in Courtroom 520 of the White Plains Courthouse at 11:00 a.m. on March 23, 2023.

The Probation Department is directed to conduct a presentence investigation and prepare a Presentence Report.

Defendant's sentencing submission shall be served and filed two weeks before sentencing (i.e., March 9, 2023). The Government's sentencing submission shall be served and filed one week before sentencing (i.e., March 16, 2023).

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 60.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       September 14, 2022