**U.S. Department of Justice**

> Application granted.
>
> The sentencing scheduled for August 22, 2023 is adjourned to November 6, 2023 at 4:00 p.m. in Courtroom 520.
>
> Defendant's sentencing submission is due October 16, 2023.
> The government's sentencing submission is due October 23, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 25, 2023

**BY CM/ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *United States v. Darren Smith*, **20 Cr. 519 (PMH)**

Dear Judge Halpern:

      The Government respectfully writes to request an adjournment of sentencing in this matter. On July 17, 2023, the Court *sua sponte* adjourned sentencing in this matter from August 15, 2023 to August 22, 2023 at 10:00 A.M. Undersigned Government counsel, who tried the matter, are unavailable on August 22 because of trial and travel commitments. Thus, the Government requests that the sentencing be adjourned to the next available date and time convenient for the Court. The defendant, through Lance Clarke, Esq., does not object.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/_____
      Shiva H. Logarajah/Kevin T. Sullivan
      Assistant United States Attorney
      (212) 637-2272

cc:    Defense Counsel (by CM/ECF)