

    48 Wall Street, Suite 1100　　**Lance Clarke**
    New York, NY 10005　　Managing Partner
　　clarke@HCLLPLaw.com

Tel: 212-729-0952
www.HCLLPLaw.com

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

March 29, 2024

<u><b>Re: United States v. Darren Smith, 20-CR-519-PMH</b></u>

Dear Judge Halpern:

    Darren Smith is currently scheduled for a sentencing hearing in front of Your Honor on April 2, 2024. Mr. Smith would prefer to appear before Your Honor at sentencing wearing more presentable clothing than his jail uniform. Thus, we write today to respectfully request that Your Honor enter an Order directing the U.S. Marshals to allow Mr. Smith to wear street clothes, that his mother will provide, at his sentencing hearing.

    Thank you for your time and attention to this matter.

Respectfully submitted,

/s/Lance Clarke
Lance Clarke, Esq.

---

Application denied. Defense counsel is directed to contact the U.S. Marshals regarding his clothing request.

The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 88).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       April 1, 2024